UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CV-00609-WFJ-AAS

| | |
|---|---|
| **JEREMY JACKSON**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>v.<br><br>**PAYCRON INC.**, a Florida company,<br><br>  *Defendant*. | **CLASS ACTION** |

**PLAINTIFF'S MOTION FOR CLERK'S DEFAULT**

  Pursuant to Federal Rule 55(a), Plaintiff Jeremy Jackson requests that the Clerk enter a default against Defendant Paycron, Inc. for failing to timely respond to the complaint. In support of this motion, Plaintiff states:

  1. On March 11, 2019, Plaintiff filed a class action complaint against Paycron. *See* Complaint [D.E. 1].

  2. On March 13, 2019, Plaintiff effected service of process on Paycron by serving its registered agent. *See* Verified return of service [D.E. 4].

  3. Accordingly, Paycron was required to respond to Plaintiff's complaint by April 3, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

  4. However, as of April 12, 2019, Paycron has failed to respond to the complaint, appear in the action, or otherwise indicate that it intends to defend the action.

  5. "When a party fails to plead or otherwise defend a judgment for affirmative relief, the clerk of the court must enter a default against the party against whom the judgment was

sought." *Amadi v. Ace Homecare, LLC*, No. 8:17-cv-02191-T-02JSS, 2019 U.S. Dist. LEXIS 52375, at *3-4 (M.D. Fla. Mar. 28, 2019) (citing Fed. R. Civ. P. 55(a)).

6. Accordingly, Plaintiff requests entry of a Clerk's default in the form attached as Exhibit 1 to this motion.

Dated: April 12, 2019

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 48382)
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*