# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CV-00609-WFJ-AAS

| | |
|---|---|
| **JEREMY JACKSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PAYCRON INC.**, a Florida company,<br><br>*Defendant.* | **CLASS ACTION** |

## ORDER GRANTING PLAINTIFF LEAVE
## TO TAKE DISCOVERY PRIOR TO ENTRY OF FINAL JUDGMENT

This cause came before the Court on Plaintiff Jeremy Jackson's motion requesting leave to take discovery prior to the entry of final judgment against defaulted Defendant Paycron, Inc., which was filed as part of Plaintiff's motion for class certification. *See* [D.E. 7]. Specifically, Plaintiff requests leave to take discovery (1) to identify members of a conditionally certified Class of similarly situated consumers that received unsolicited, telemarketing calls made by or on behalf of Defendant in violation the Telephone Consumer Protection Act, and (2) to determine the amount of statutory damages the Class is entitled to prior to the entry of final judgment.

Pursuant to Federal Rule 55(d)(2): "The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter." *See also* Local Rule

4.04(b) ("If discovery relating to class action issues is needed, the parties may move the Court for leave to take such discovery prior to the case management meeting.").

In this case, the Court has conditionally certified a Class after Defendant's default, and finds that discovery is necessary (1) to determine whether Plaintiff can identify recipients of Defendant's calls that are members of the conditionally certified Class to effectuate class notice, and, if so, (2) to determine the total number of calls each Class member received so that statutory damages of $500 per call can be determined on a classwide and per Class member basis prior to the entry of final judgment.

The Court therefore grants Plaintiff's motion and authorizes Plaintiff to take discovery as needed to obtain call logs identifying TCPA violative calls to Class members.

**DONE AND ORDERED** in Tampa, Florida this 13th day of May, 2019.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE