UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CV-00609-WFJ-AAS

| | |
|---|---|
| **JEREMY JACKSON**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>v.<br><br>**PAYCRON INC.**, a Florida company,<br><br>  *Defendant*. | **CLASS ACTION** |

### MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND TO HOLD NON-PARTY IN CONTEMPT

  Pursuant to Rule 45(d) and (g), Fed. R. Civ. P., Plaintiff Jeremy Jackson requests entry of an order (1) compelling Defendant Paycron's registered agent, George Werner, to produce documents in response to a subpoena issued to him in connection with this Court's Order Granting Leave To Take Discovery Prior To Entry of Final Judgment [DE 13], (2) holding Mr. Werner in contempt for failure to comply with the subpoena, and (3) awarding attorney's fees and costs as a sanction.

  To date, Mr. Werner has not responded or otherwise acknowledged the subpoena that was served on him on May 16, 2019 and to which a response was required by June 4, 2019.

### BACKGROUND

  This is a class action alleging violations of the Telephone Consumer Protection Act based on unsolicited, autodialed calls made by Paycron to consumers without their consent, including to people registered on the National Do Not Call list. Following Paycron's default, the Court conditionally certified a Class and found that discovery is necessary (l) to determine whether

Plaintiff can identify recipients of Defendant's calls that are members of the conditionally certified Class to effectuate class notice, and, if so, (2) to determine the total number of calls each Class member received so that statutory damages of $500 per call can be determined on a classwide and per Class member basis prior to the entry of final judgment. [DE 13].

Pursuant to Rule 45, Plaintiff subpoenaed, among others, George Werner, Paycron's registered agent, to produce documents identifying information relevant to identifying Class members and the violative calls made by Paycron. The subpoena was served on May 16, 2019 and a response was required by June 4, 2019. The subpoena and affidavit of service are attached hereto as composite Exhibit A.

**ARGUMENT**

The Court should enter an order holding Mr. Werner in contempt, compelling him to immediately respond to Plaintiff's subpoena without objection, and awarding attorney's fees and costs as a sanction. *See Matter of Certain Complaints Under Investigation by an Investigating Committee of Judicial Council of the Eleventh Circuit*, 783 F.2d 1488, 1495 (11th Cir. 1986) ("[i]f a witness disregards the subpoena and fails to comply without filing a timely motion to quash, the witness may be found in contempt of court, with no need for any further court order"). The requested information is clearly relevant to this class action (*see* Order (D.E. 13)), and a response is required by law. *See Gomez v. Mylooks Fla., Inc.*, No. 13-62244-CV-SEITZ/Tur, 2014 U.S. Dist. LEXIS 188864, at *4-5 (S.D. Fla. June 25, 2014) (granting party's motion that non-party be held in civil contempt, awarding attorney's fees and costs as a sanction, and ordering non-party to produce responsive documents within 14 days to purge itself of contempt).

Therefore, Plaintiff requests that the Court grant his motion to compel, hold Mr. Werner in contempt, order production of responsive documents and information in compliance with the

subpoena, and without objection, within 14 days, award attorney's fees and costs as a sanction, and provide such further relief as is reasonable and just.

                                                  Respectfully submitted,

Dated: June 6, 2019                        */s/ Avi R. Kaufman*
                                                  Avi R. Kaufman (FL Bar No. 48382)
                                                  kaufman@kaufmanpa.com
                                                  Kaufman P.A.
                                                  400 NW 26th Street
                                                  Miami, FL 33127
                                                  Telephone: (305) 469-5881

                                                  *Class counsel*