UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CV-00609-WFJ-AAS

**JEREMY JACKSON**, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

**PAYCRON INC.,** a Florida company,

*Defendant*.

**CLASS ACTION**

## MOTION TO DECERTIFY CLASS AND FOR ENTRY OF INDIVIDUAL DEFAULT JUDGMENT

Plaintiff Jeremy Jackson moves for entry of (1) an order decertifying the class that was certified after the clerk entered a default against Defendant Paycron, and (2) final default judgment against Defendant and in favor of Plaintiff, individually.

On May 13, 2019, this Court entered (1) an order certifying a class of consumers that received Defendant's TCPA violative calls after Defendant failed to respond to the complaint, and (2) an order directing Plaintiff to take discovery to attempt to identify class members. D.E. 12 and 13. Since the Court's orders, Plaintiff has taken both formal and informal discovery from Defendant's registered agent, who has an ongoing relationship with Defendant's principal and his other companies. Based on this discovery, Plaintiff has learned that the TCPA violative calls to Plaintiff and other class members were made on Defendant's behalf from an overseas call center, making obtaining call logs and identifying class members unfeasible. Accordingly, it is appropriate for the Court to decertify the previously certified class.

Notwithstanding, given Defendant's default and corresponding admission of all of Plaintiff's well-pleaded allegations, including Plaintiff's individual allegations, Plaintiff is entitled to the entry of a default final judgment against Defendant and in his favor, individually. Specifically, between February 7, 2019 and March 6, 2019, Defendant called Plaintiff without consent using an autodialer on Plaintiff's cellular phone number that was validly registered on the national do not call registry. [D.E. 1]. Defendant is liable for damages pursuant to the causes of action alleged in the Complaint for violations of the TCPA, each of which provides for statutory damages in the amount of $500 per violation. [D.E. 1]. Plaintiff is entitled to separate damages under each cause of action, even though the violations are based on the same calls. *Charvat v. NMP, Ltd. Liab. Co.*, 656 F.3d 440 (6th Cir. 2011) (holding that a plaintiff can recover separately for a violation of the Telephone Consumer Protection Act's autodialer provision and do not call list provision based on the same call). Declaration of Avi Kaufman ("Kaufman Decl."), attached as Exhibit 1, at ¶ 2.

Under Plaintiff's First Cause of Action, Plaintiff is entitled to statutory damages of $500 per violative text message, as set forth in 47 U.S.C. § 227(b), for a total of $1,500. Plaintiff is not seeking treble damages for willful violation of the statute. Kaufman Decl. at ¶ 3. Under Plaintiff's Second Cause of Action, Plaintiff, under section 47 U.S.C. § 227(c), is entitled to receive $500 in damages for violations of 47 C.F.R. § 64.1200. Accordingly, Plaintiff is entitled to a total of $1,000 for violation of the do not call list provision. Kaufman Decl. at ¶ 4. Plaintiff is also entitled to reimbursement of the filing fee for this action, $400, and the costs associated with service of process of the complaint and various subpoenas and Court orders, $465. Kaufman Decl. at ¶¶ 5-6. Accordingly, Plaintiff requests entry of default judgment in the total amount of $3,365, plus interest. Kaufman Decl. at ¶ 7.

                                                                        Respectfully submitted,

Dated: August 12, 2019                     <u>*/s/ Avi R. Kaufman*</u>
                                                                        Avi R. Kaufman (FL Bar No. 48382)
                                                                         kaufman@kaufmanpa.com
                                                                         Kaufman P.A.
                                                                         400 NW 26th Street
                                                                         Miami, FL 33127
                                                                         Telephone: (305) 469-5881

                                                                         *Counsel for Plaintiff*