UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CV-00609-WFJ-AAS

**JEREMY JACKSON**, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**PAYCRON INC.**, a Florida company,

    *Defendant*.

**CLASS ACTION**

### DECLARATION OF AVI R. KAUFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Avi R. Kaufman declares as follows:

1. I am the attorney for Plaintiff Jeremy Jackson. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Between February 7, 2019 and March 6, 2019, Defendant called Plaintiff without consent using an autodialer on Plaintiff's cellular phone number that was validly registered on the national do not call registry. [D.E. 1]. Defendant is liable for damages pursuant to the causes of action alleged in the Complaint for violations of the TCPA, each of which provides for statutory damages in the amount of $500 per violation. Plaintiff is entitled to separate damages under each cause of action, even though the violations are based on the same text messages. *Charvat v. NMP, Ltd. Liab. Co.*, 656 F.3d 440 (6th Cir. 2011) (holding that a plaintiff can recover separately for a violation of the Telephone Consumer Protection Act's autodialer provision and do not call list provision based on the same call).

1

3.  Under Plaintiff's First Cause of Action, Plaintiff is entitled to statutory damages of $500 per violative text message, as set forth in 47 U.S.C. § 227, for a total of $1,500. Plaintiff is not seeking treble damages for willful violation of the statute.

4.  Under Plaintiff's Second Cause of Action and pursuant to section 47 U.S.C. § 227(c), Plaintiff is entitled to receive $500 in damages for violations of 47 C.F.R. § 64.1200. Accordingly, Plaintiff is entitled to a total of $1,000 for violation of the do not call list provision.

5.  Plaintiff is also entitled to reimbursement of the filing fee for this action. The filing fee is $400. The receipt for payment of the filing fee is attached as Exhibit A.

6.  Plaintiff is entitled to reimbursement of the cost associated with service of process in the amount of $465. The process server's invoices are attached as Exhibit B.

7.  Accordingly, Plaintiff is entitled to total damages of $2,500 and reimbursement of $865 in total costs. Plaintiff is entitled to judgment in the total amount of $3,365.

* * *

I declare under penalty of perjury of the laws of Florida and the United States that the foregoing is true and correct, and that this declaration was executed in Miami, Florida, on August 12, 2019.

*/s/ Avi R. Kaufman*
Avi R. Kaufman

# EXHIBIT A

# Avi Kaufman

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, March 11, 2019 8:59 PM |
| **To:** | Avi Kaufman |
| **Subject:** | Pay.gov Payment Confirmation: FLMD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the FLMD Help Desk at (407) 835-2582.

Application Name: FLMD CM ECF
Pay.gov Tracking ID: 26G1HB09
Agency Tracking ID: 113A-15224332
Transaction Type: Sale
Transaction Date: Mar 11, 2019 8:58:37 PM

Account Holder Name: Avi Kaufman
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************1216


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# EXHIBIT B

AVI R. KAUFMAN
KAUFMAN P.A.

Case Search - Return to Dashboard  [Log Out]

**Case Information**

| | |
|---|---|
| **County:** | Middle |
| **Case Number:** | 8:19-CV-00609-T-02AAS |
| **Court:** | District |
| **Plaintiff:** | JEREMY JACKSON, et. al., |
| **Defendant:** | PAYCRON INC., |

| Job Number | Reference | To Serve On | Completed | Type of Service | Date Invoiced | Total |
|---|---|---|---|---|---|---|
| 2019023378 | | WERNER, GEORGE | Jul 25 2019 4:20PM | INDIVIDUAL/PERSONAL | Aug 1 2019 10:03AM | $135.00 |
| 2019021683 | | WERNER, GEORGE | Jun 25 2019 2:20PM | INDIVIDUAL/PERSONAL | Jun 26 2019 10:52AM | $135.00 |
| 2019016492 | | ALESSI, LOUIS | Jun 1 2019 1:20PM | NON-SERVE - COMMENTS | Jun 7 2019 9:19AM | $65.00 |
| 2019016491 | | WERNER, GEORGE | May 16 2019 10:55AM | INDIVIDUAL/PERSONAL | May 20 2019 12:04PM | $65.00 |
| 2019008170 | | PAYCRON INC. | Mar 13 2019 11:15AM | CORPORATE - REGISTERED AGENT | Mar 18 2019 11:27AM | $65.00 |
| | | | | | **Total Charged:** | **$465.00** |