## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JEREMY JACKSON,

    Plaintiff,

v.                                            CASE NO.  8:19-cv-609-T-02AAS

PAYCRON, INC.,

    Defendant.

_____/

## O R D E R

Before the Court is Plaintiff's Motion to Decertify Class and For Entry of Individual Default Judgment (Dkt. 22).  After carefully considering the motion, the affidavit and exhibits (Dkt. 22-1), and the entire court file, the Court concludes the motion should be granted in its entirety.

The complaint seeks damages under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b) and § 227(c) for unsolicited, auto-dialed calls made to the Plaintiff's cellular telephone number registered on the National Do Not Call registry.  Despite being served with the summons and complaint (Dkts. 1, 3, 4), Defendant failed to plead or otherwise defend this action.  A clerk's default was entered on April 15, 2019.  Dkt. 6.

Although this Court already conditionally certified a class (Dkt. 12), the Plaintiff now wishes to decertify the class.  The Plaintiff has learned through initial discovery that the calls originated "from an overseas call center, making obtaining call logs and identifying class members unfeasible."  Dkt. 22 at 1.  The Court agrees and decertifies the class, thereby leaving Jeremy Jackson as the sole Plaintiff in his individual capacity.

The Plaintiff seeks statutory damages of 1) $500 per violative call as set forth in 47 U.S.C. § 227(b), for a total of $1,500, and 2) $500 under 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200, for a total of $1,000.  Costs are sought in the amount of $865, which are authorized and reasonable.  The Court finds the damages are a sum certain, which is supported by the allegations of the complaint and the supporting declarations.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)	The Plaintiff's Motion to Decertify Class and for Entry of Individual Default Judgment (Dkt. 22) is granted.

2)	Plaintiff shall recover of Defendant the sum of $2,500 for damages and $865 for costs, plus post-judgment interest.

3)	The Clerk is directed to enter a default final judgment against the Defendant and in favor of Plaintiff in the total amount of $3,365, plus post-judgment interest.

4)	The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, on August 16, 2019.

                                          s/*William F. Jung*
                                          **WILLIAM F. JUNG**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record